## UNITED STATES of America, v. Raymond J. McROBBIE.

No. 10884.

Circuit Court of Appeals, Ninth Circuit.

Oct. 10, 1944.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Andersen & Resner, of San Francisco, Cal., for appellee.

Before GARRECHT and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and mandate of this Court issued forthwith.

## UNITED STATES of America v. H. F. MILLER et al.

No. 2758.

Circuit Court of Appeals, Tenth Circuit.

Oct. 23, 1944.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

George H. Jennings and E. C. McMichael, both of Sapulpa, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Reversed and remanded for further proceedings not inconsistent with the opinion of the Supreme Court of the United States in United States of America v. Hellard, 322 U.S. 363, 64 S.Ct. 985.

## Jerome A. UTLEY, Appellant, v. Ignacio HERANDEZ, Appellee.

No. 9762.

Circuit Court of Appeals, Sixth Circuit.

Oct. 19, 1944.

Vandeveer & Haggerty, of Detroit, Mich. for appellant.

Alexander, McCaslin, Cholette & Buchanan, of Detroit, Mich., for appellee.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause having come on for hearing, on the argument, briefs of counsel, and transcript of record, after due consideration: it is hereby ordered that the judgment of the district court be and is hereby affirmed.